PD: PD-1295&1296&1297-15

ROBERT BRICE DAUGHERTY
PETITIONER

§
§
§
§
§

-V-

THE STATE OF TEXAS
RESPONDENT

COURT OF CRIMINAL APPEALS
OF TEXAS

CAPITOL STATION - AUSTIN
TEXAS.

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 01 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

OCT 01 2015

Abel Acosta, Clerk

## MOTION TO SUSPEND RULE 9.3 OF THE TEXAS RULES OF APPELLATE PROCEDURE

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS

COMES NOW ROBERT BRICE DAUGHERTY PETITIONER PRO-SE AND IN SUPPORT OF THIS MOTION WILL SHOW THE FOLLOWING!

### I

BEING INCARCERATED IN THE TDCJ-IO OF THE WYNNE UNIT HUNTSVILLE TEXAS. PETITIONER IS NOT AFFORDED ACCESS TO A PHOTO TO MAKE ADDITIONAL COPIES OF FUTURE FILINGS WITH THIS COURT. PETITIONER IS ALSO INDIGENT AND CANNOT AFFORD PURCHASES TO OBTAIN CARBON MATERIALS TO CREATE COPIES.

WHEREFORE PREMISES CONSIDERED, PETITIONER PRAYS THIS HONORABLE COURT GRANTS THIS MOTION TO SUSPEND RULE 9.3. OF THE RULE OF APPELLATE PROCEDURE AND TO ALLOW PETITIONERS TO FILE AN ORIGINAL COPY OF FUTURE PROCEEDING IT IS SO PRAYED.

RESPECTFULLY REQUESTED

Robert Brice Daugherty PRO-SE
TDCJ-IO # 01982423

ON THIS DAY OF 21 OF SEPTEMBER 2015